UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILE INC,<br><br>　　　　　Opposer,<br><br>　　v.<br><br>BCS PROPERTIES, LLC,<br><br>　　　　　Applicant. | Case No. 16-mc-80151-SK<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO COMPEL**<br><br>Regarding Docket No. 1 |

　　Now before the Court is the motion to compel production of documents filed by BCS Properties, LLC ("BCS"). This motion relates to an underlying consolidated trademark registration opposition proceeding pending before the Trademark Trial and Appeal Board ("TTAB"). In the TTAB proceeding, Lile Inc. ("Lile") is opposing BCS's trademark applications. In the motion to compel, BCS is seeking to compel Lile's former counsel, Raj Abhyanker P.C., to produce documents it contends are relevant to the trademark proceeding.

　　Any opposition to the motion to compel shall be filed by no later than August 3, 2016. BCS may file its reply, if any, by no later than August 10, 2016. A hearing on the motion to compel is HEREBY SET for August 24, 2016, at 9:30 a.m. BCS is ORDERED to serve Raj Abhyanker P.C. and Lile with a copy of this Order by no later than 4:00 p.m. on July 20, 2016 and shall file proof of such service by no later than July 21, 2016.

　　**IT IS SO ORDERED**.

Dated: July 19, 2016



SALLIE KIM
United States Magistrate Judge